IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGEMELDING, INC, <br>     Plaintiff, <br>   v. <br> ESPN, INC., <br>     Defendant. | No. C 11-06263 WHA <br><br> **ORDER REGARDING ADR SCHEDULING** |

The ADR scheduling deadlines are extended to **MARCH 1, 2012**.

**IT IS SO ORDERED.**

Dated: February 22, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE