[Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAGEMELDING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ESPN, INC.,<br><br>Defendant. | Case No. 3:11-cv-06263-WHA<br><br>**JOINT STIPULATION TO CONTINUE MOTION HEARING AND CASE MANAGEMENT CONFERENCE TO MARCH 29, 2012**; ORDER<br><br>Honorable William Alsup<br>Courtroom 8, 19th Floor |

IT IS HEREBY JOINTLY REQUESTED, by and between plaintiff, Pagemelding, Inc., and defendant ESPN, Inc., through their respective attorneys of record, that the Motion Hearing and Case Management Conference set for March 22, 2012 at 8:00 am be rescheduled to March 29, 2012 at 8:00 am, in light of a scheduling conflict on March 22, 2012.  This modification will not affect any other dates scheduled in this matter.

Respectfully requested,

Dated: February 24, 2012

CODY R. LEJEUNE (SBN 249242)
clejeune@rgrdlaw.com
REGIS C. WORLEY, JR (SBN 234401)
rworley@rgrdlaw.com
ROBBINS GELLER
  RUDMAN & DOWD LLP
655 West Broadway , Suite 1900
San Diego, CA 92101
Telephone: 619-231-1058
Facsimile: 619 231-7423


By:  /s/ Regis C. Worley, Jr.
       REGIS C. WORLEY, JR

Attorneys for Plaintiff
Pagemelding, Inc.

JAMES M. DOWD (SBN 259578)
james.dowd@wilmerhale.com
DAVID C. YANG (SBN 246132)
david.yang@wilmerhale.com
WILMER CUTLER PICKERING
  HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400

Attorneys for Defendant
ESPN, Inc.


By:    /s/ James M. Dowd
         JAMES M. DOWD

Attorneys for Defendant
ESPN, Inc.

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David C. Yang attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 24th day of February 2012, at Los Angeles, California.

WILMER CUTLER PICKERING
HALE AND DORR LLP

By:    /s/ David C. Yang
         DAVID C. YANG

Attorneys for Defendant
ESPN, Inc.

1

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Motion Hearing and Case Management Conference is set for March 29, 2012 at 8:00 am.

**Dated:** February 28, 2012.

_____
**HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE**



JOINT STIPULATION AND REQUEST
TO MODIFY CASE CALENDAR
CASE NO. 3:11-CV-06263-WHA