IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAGEMELDING, INC,,

    Plaintiff,

v.

ESPN, INC.,

    Defendant.

No. C 11-06263 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The case management conference, currently set for May 3, 2012, is hereby **CONTINUED** to **JULY 19, 2012, AT 11:00 A.M.** Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated:  May 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE