ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN K. GRANT (169813)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone: 415/288-4545
415/288-4534 (fax)
johnkg@rgrdlaw.com
        – and –
CODY R. LEJEUNE (249242)
REGIS C. WORLEY, JR. (234401)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone: 619/231-1058
619/231-7423 (fax)
clejeune@rgrdlaw.com
rworley@rgrdlaw.com
        – and –
JOHN C. HERMAN
RYAN K. WALSH
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, GA  30326
Telephone: 404/504-6500
404/504-6501 (fax)
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PAGEMELDING, INC., | ) | No. 11-cv-06263-WHA |
| Plaintiff, | ) | ~~PROPOSED~~ ORDER RE SCHEDULE FOR CLAIM CONSTRUCTION |
| vs. | ) | |
| ESPN, INC., | ) | |
| Defendant. | ) | |

742154_1

Pursuant to the Case Management Order (Dkt. No. 63), Plaintiff PageMelding, Inc. and Defendant ESPN, Inc. jointly submit the following briefing schedule leading up to the claim construction hearing, scheduled for January 30, 2013.

| **Event** | **Deadline** |
| --- | --- |
| Disclose asserted claims and infringement contentions (Patent L.R. 3-1) | August 3, 2012 |
| Document production accompanying disclosure (Patent L.R. 3-2) | August 3, 2012 |
| Invalidity contentions due (Patent L.R. 3-3) | September 17, 2012 |
| Document production accompanying invalidity contentions (Patent L.R. 3-4) | September 17, 2012 |
| Exchange proposed terms for construction (Patent L.R. 4-1) | October 1, 2012 |
| Exchange preliminary constructions and extrinsic evidence (Patent L.R. 4-2) | October 22, 2012 |
| File Joint Claim Construction and Prehearing Statement (Patent L.R. 4-3) | November 16, 2012 |
| Complete claim construction discovery (Patent L.R. 4-4) | December 17, 2012 |
| Plaintiff's opening claim construction brief due (Patent L.R. 4-5(a)) | January 2, 2013 |
| Defendant's responsive brief due (Patent L.R. 4-5(b)) | January 16, 2013 |
| Plaintiff's reply brief due (Patent L.R. 4-5(c)) | January 23, 2013 |

DATED: July 31, 2012

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
CODY R. LEJEUNE
REGIS C. WORLEY, JR.


           s/ Regis C. Worley, Jr.
          REGIS C. WORLEY, JR.

| | |
|---|---|
| | 655 West Broadway, Suite 1900 |
| | San Diego, CA  92101 |
| | Telephone:  619/231-1058 |
| | 619/231-7423 (fax) |
| | |
| | ROBBINS GELLER RUDMAN |
| |   & DOWD LLP |
| | JOHN K. GRANT |
| | Post Montgomery Center |
| | One Montgomery Street, Suite 1800 |
| | San Francisco, CA  94104 |
| | Telephone:  415/288-4545 |
| | 415/288-4534 (fax) |
| | |
| | ROBBINS GELLER RUDMAN |
| |   & DOWD LLP |
| | JOHN C. HERMAN |
| | RYAN K. WALSH |
| | 3424 Peachtree Road, N.E. |
| | Monarch Centre, Suite 1650 |
| | Atlanta, GA  30326 |
| | Telephone:  404/504-6500 |
| | 404/504-6501 (fax) |
| | |
| | Attorneys for Plaintiff |
| DATED:  July 31, 2012 | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | KEVIN S. PRUSSIA |
| | |
| |        s/ Kevin S. Prussia |
| |        KEVIN S. PRUSSIA |
| | |
| | 60 State Street |
| | Boston, Massachusetts 02109 |
| | Telephone:  617/526-6243 |
| | 617/526-5000 (fax) |
| | kevin.prussia@wilmerhale.com |
| | |
| | WILMER CUTLER PICKERING |
| |   HALE AND DORR LLP |
| | JAMES M. DOWD (SBN 259578) |
| | DAVID C. YANG (SBN 246132) |
| | 350 South Grand Avenue, Suite 2100 |
| | Los Angeles, California 90071 |
| | Telephone: (213) 443-5300 |
| | Facsimile: (213) 443-5400 |
| | james.dowd@wilmerhale.com |
| | david.yang@wilmerhale.com |
| | |
| | Attorneys for Defendant ESPN, Inc. |

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

In accordance with General Order No. 45, Section X(B), I, Regis C. Worley, Jr., hereby attest that the concurrence to the filing of this document has been obtained from the other signatory hereto. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 31st day of July 2012, at San Diego, California

s/ Regis C. Worley, Jr.
REGIS C. WORLEY, JR.

**[PROPOSED] ORDER**

The Proposed Order re Schedule for Claim Construction is hereby adopted by the Court and the parties are ordered to comply with this Order.

IT IS SO ORDERED.

DATED: August 6, 2012.

THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE