IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGEMELDING, INC., | No. C 11-06263 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING LEAVE TO AMEND ANSWER AND COUNTERCLAIMS AND VACATING HEARING** |
| ESPN, INC., | |
| Defendant. | |

In this action alleging patent infringement, defendant ESPN, Inc., moves to file a first amended answer and counterclaims. Because Plaintiff PageMelding, Inc., does not oppose this motion, defendant's motion for leave to file a first amended answer and counterclaims is **GRANTED**. The hearing currently scheduled for **NOVEMBER 1, 2012**, is **VACATED**.

**IT IS SO ORDERED.**

Dated: October 12, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE