IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGEMELDING, INC., | No. C 11-06263 WHA |
|     Plaintiff, | |
|   v. | **ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE** |
| ESPN, INC., | |
|     Defendant. | |

    The Court acknowledges receipt of plaintiff's letter of November 8 concerning its discovery dispute and motion to stay deadlines and hereby **SETS** a four-hour meet-and-confer for **FRIDAY, NOVEMBER 16 FROM 11:00 A.M. TO 3:00 P.M.** in the Court's jury room in the federal courthouse. At 3:00 p.m., the Court shall hold a hearing to resolve any remaining issue(s). Defendant's response is due by noon on November 14. Please buzz chambers to be let into the jury room at 11:00 a.m. on November 16.

    Please note that only those lawyers who personally attend the meet-and-confer in the Court's jury room may be heard at the hearing.

    **IT IS SO ORDERED.**

Dated: November 9, 2012.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE