IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAGEMELDING, INC.,

    Plaintiff,

v.

ESPN, INC.,

    Defendant.

No. C 11-06263 WHA

**ORDER SETTING DISCOVERY HEARING**

The Court is in receipt third parties Britton, Maxson and Front Porch's letter requesting the Court's intervention in a motion to quash third-party subpoenas and **SETS** a three-hour meet-and-confer in the Court's jury room starting at **8:00 A.M. AND CONTINUING TO 11:00 A.M. ON FRIDAY, DECEMBER 21, 2012**, at the federal courthouse in San Francisco. At 11:00 a.m., the Court will hear any unresolved issue(s) in Courtroom No. 9. Please ring chambers to be let into the jury room at 8:00 a.m. Defendant's response is due by 5:00 p.m. on December 19.

Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room will be heard at the hearing.

**IT IS SO ORDERED.**

Dated: December 18, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE