IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAGEMELDING, INC.,

    Plaintiff,

v.

ESPN, INC.,

    Defendant.

No. C 11-06263 WHA

**ORDER GRANTING LEAVE TO FILE SECOND AMENDED ANSWER AND COUNTERCLAIMS**

Defendant seeks leave to file a second amended answer and counterclaims. Plaintiff has filed a statement of non-opposition. Accordingly, defendant's motion is **GRANTED**.

**IT IS SO ORDERED.**

Dated: January 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE