IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAGEMELDING, INC.,

    Plaintiff,

  v.

ESPN, INC.,

    Defendant.

No. C 11-06263 WHA

**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY JOHN HERMAN**

    The *pro hac vice* application of Attorney John C. Herman (Dkt. Nos. 62, 65) is **DENIED** for failing to specify membership in good standing of a United States Court or the highest court of another State or the District of Columbia. Merely claiming membership of "the bar of Georgia" is insufficient under the civil local rules. While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: January 15, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE