IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGEMELDING, INC., | No. C 11-06263 WHA |
| Plaintiff, | |
| v. | **REQUEST FOR STATUS REPORT** |
| ESPN, INC., | |
| Defendant. | |

In the interest of judicial efficiency and to avoid unnecessary expenditure of effort, the Court would appreciate the parties confirming by **JANUARY 23 AT NOON** whether they will commence a review proceeding at the USPTO regarding the '577 patent.

**IT IS SO ORDERED.**

Dated: January 16, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE