**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGEMELDING, INC., | No. C 11-06263 WHA |
| Plaintiff, | |
| v. | **ORDER GRANTING *PRO HAC VICE* APPLICATION OF JOHN C. HERMAN** |
| ESPN, INC., | |
| Defendant. | |

The *pro hac vice* application of John C. Herman is **GRANTED**, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

**IT IS SO ORDERED.**

Dated: January 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE