IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAGEMELDING, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ESPN, INC.,<br><br>    Defendant.<br>_____ / | No. C 11-06263 WHA<br><br>**ORDER REFERRING ALL DISCOVERY DISPUTES TO A RANDOMLY-ASSIGNED MAGISTRATE JUDGE** |

    Plaintiffs' counsel have requested assistance in a discovery dispute letter brief (Dkt. No. 126). This matter is **REFERRED** to a randomly-assigned magistrate judge for resolution of the discovery disputes raised in plaintiffs' counsel's letter and all future discovery disputes. The parties must be mindful of the case management deadlines and bring all discovery disputes to the magistrate judge's attention in a timely manner. The magistrate judge is requested to assist the Court in adhering to the case management schedule by issuing timely rulings on the parties' discovery disputes.

**IT IS SO ORDERED.**

Dated: January 29, 2013.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE