**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAGEMELDING, INC.,

    Plaintiff,

  v.

ESPN, INC.,

    Defendant.

No. C 11-06263 WHA

**NOTICE REGARDING CLAIM CONSTRUCTION HEARING**

    For reasons that will be explained in a forthcoming order, the claim construction hearing on January 30 shall be limited to the following terms: network node, first type network node, second type network node, forming, and file.

    **IT IS SO ORDERED.**

Dated: January 29, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE