UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PAGEMELDING, INC, | No. C 11-06263 WHA (MEJ) |
| Plaintiff, | **ORDER SETTING DISCOVERY DISPUTE HEARING** |
| v. | |
| ESPN, INC., | |
| Defendant. | |

Pending before the Court are discovery disputes concerning ESPN's compliance with Patent Local Rule 3-4(a) and the parties' inability to comply with the Court's meet and confer requirement. Dkt. Nos. 126, 127, 140, 141.

The Court hereby sets a hearing on the pending discovery disputes for **March 14, 2013, at 10:00 a.m. in Courtroom B**.

By 9:00 a.m. on March 12, 2013, Pagemelding shall file a brief, not to exceed 3 pages, indicating: (1) whether it has inspected the source code that ESPN made available; and (2) identifying what aspects or elements of the accused websites the source code fails to show the operation of, thus necessitating the categories of technical documents requested from ESPN. ESPN may file a brief in response, not exceeding 3 pages, no later than 12:00 p.m. on March 13, 2013.

**IT IS SO ORDERED.**

Dated: March 8, 2013

_____
Maria-Elena James
United States Magistrate Judge