UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PAGEMELDING, INC, <br><br>                Plaintiff, <br>    v. <br>ESPN, INC., <br><br>               Defendant. <br>_____/ | No. C 11-06263 WHA (MEJ) <br><br>**ORDER REQUIRING PARTIES TO MEET AND CONFER PRIOR TO MARCH 14, 2013 HEARING** |

The Court has set this matter for hearing on Thursday, March 14, 2013 at 10:00 a.m. *See* Dkt. No. 143. In the parties' discovery letter, PageMelding indicates that they have failed to comply with the Court's meet and confer requirement. The Court requires parties to meet and confer and submit a joint letter because it allows the disputed issues to be distilled and each of the arguments framed in a manner that allows the Court to rule on them efficiently. As it appears that the parties have been unable to comply with the standing order, the Court hereby **ORDERS** the parties to meet and confer, in person, in advance of the hearing on March 14, 2013, at 9:00 a.m. in Courtroom B, located on the 15th Floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

At the meet and confer session, the parties shall come prepared to meaningfully discuss and expeditiously resolve their outstanding discovery disputes. In the event that the parties are unable to resolve their disputes, they shall draft a joint letter at the meet and confer session in compliance with paragraph 4 of the standing order outlining the issues that remain unresolved and present it to the Court at the 10:00 a.m. hearing.

///

///

Thus, the parties are ORDERED to bring with them one laptop and a USB port-compatible storage medium (such as a thumb drive) to use in drafting said letter.

**IT IS SO ORDERED.**

Dated: March 11, 2013

_____
Maria-Elena James
United States Magistrate Judge