1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PAGEMELDING, INC., | ) | No. 3:11-cv-06263-WHA-MEJ |
| Plaintiff, | ) ) ) | [~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE |
| vs. | ) ) | MEET-AND-CONFER AND DISCOVERY DISPUTE HEARING TO MARCH 21, 2013 |
| ESPN, INC., | ) ) | |
| Defendant. | ) ) | |

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE MEET-AND-CONFER
AND DISCOVERY DISPUTE HEARING TO MARCH 21, 2013
- 3:11-cv-06263-WHA-MEJ

1   Having considered plaintiff PageMelding, Inc.'s Unopposed Motion to Continue Meet-and-
2   Confer and Discovery Dispute Hearing to March 21, 2013 ("Motion"), the Court hereby grants
3   plaintiff's Motion. The meet-and-confer is continued to March 21, 2013 at 10:00 a.m./~~p.m.~~ and the
4   discovery dispute hearing is continued to March 21, 2013 at 10:00 a.m./~~p.m.~~

5   IT IS SO ORDERED.

6   DATED: March 12, 2013

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE MEET-AND-CONFER
AND DISCOVERY DISPUTE HEARING TO MARCH 21, 2013
- 3:11-cv-06263-WHA-MEJ

- 1 -