1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PAGEMELDING, INC., | ) | No. 3:11-cv-06263-WHA-MEJ |
| | ) | AMENDED |
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING |
| | ) | UNOPPOSED MOTION TO CONTINUE |
| vs. | ) | MEET-AND-CONFER AND DISCOVERY |
| | ) | DISPUTE HEARING TO MARCH 21, 2013 |
| ESPN, INC., | ) | |
| | ) | |
| Defendant. | ) | |

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE MEET-AND-CONFER
AND DISCOVERY DISPUTE HEARING TO MARCH 21, 2013
- 3:11-cv-06263-WHA-MEJ

1  Having considered plaintiff PageMelding, Inc.'s Unopposed Motion to Continue Meet-and-
2  Confer and Discovery Dispute Hearing to March 21, 2013 ("Motion"), the Court hereby grants
3  plaintiff's Motion. The meet-and-confer is continued to March 21, 2013 at __9:00__ a.m./~~p.m.~~ and the
4  discovery dispute hearing is continued to March 21, 2013 at __10:00__ a.m./~~p.m.~~
5      IT IS SO ORDERED.
6  DATED: __3/12/2013__     _____
7      THE HONORABLE MARIA-ELENA JAMES
    UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE MEET-AND-CONFER
AND DISCOVERY DISPUTE HEARING TO MARCH 21, 2013
- 3:11-cv-06263-WHA-MEJ

- 1 -