# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### *MAGISTRATE JUDGE MARIA-ELENA JAMES*

### CIVIL MINUTE ORDER

**DATE: 3/21/2013**

**TITLE : PAGEMELDING, INC v. ESPN, INC.**     **CASE #: C 11-06263 WHA (MEJ)**

---

**APPEARANCES:**

**FOR PLAINTIFF:**                                    **FOR DEFENDANT:**

**Regis C. Worley, Jr., Esq.**                        **James M. Dowd, Esq.**

---

**Deputy Clerk: Rose Maher**              **Court Reporter: Lydia Zinn**

### PROCEEDINGS:

\_\_\_\_  **Case Management**
\_\_\_\_  **Further Case management**
\_\_\_\_  **Status Conference**
\_\_\_\_  **Pretrial Conference**
\_\_\_\_  **Settlement Conference (Length: .)**
\_\_\_\_  **Evidentiary Hearing**
\_\_\_\_  **Examination of Judgment Debtor**
\_\_\_\_  **Motions**
  **X**  **Other:** **Meet and Confer/Discovery Conference**

---

### ORDER/RESULTS:
**Discovery hearing re disagreement over source code. The Court orders Plaintiff to have its expert review the source code and find out what is missing and articulate it to the Court. The Court Orders both counsel and each of their experts, to meet and confer, and record the meet and confer session, and come to a conclusion of what is missing. The Court will consider sanctioning Defendants if they don't provide plaintiff with the proper mechanism to get the means to find out what is missing.**

**FTR Time: 11:25 - 11:34**
  cc: Jennifer Ottolini; MEJ