ROBBINS GELLER RUDMAN
   & DOWD LLP
JOHN K. GRANT (169813)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
johnkg@rgrdlaw.com
      – and –
CODY R. LEJEUNE (249242)
REGIS C. WORLEY, JR. (234401)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
clejeune@rgrdlaw.com
rworley@rgrdlaw.com
      – and –
JOHN C. HERMAN (Of Counsel)
RYAN K. WALSH (Of Counsel)
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, GA 30326
Telephone: 404/504-6500
404/504-6501 (fax)
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PAGEMELDING, INC., | ) | No. 3:11-cv-06263-WHA-MEJ |
|               Plaintiff, | ) ) | [~~PROPOSED~~] ORDER STAYING DEADLINES |
|    vs. | ) ) | |
| ESPN, INC., | ) ) | |
|               Defendant. | ) ) | |

853818_1

1   Having considered the jointly-filed Notice of Settlement and Request to Stay ("Request"),
2   and good cause having being shown, the Court HEREBY ORDERS that all remaining deadlines in
3   this action are stayed ~~pending the parties' filing of a Stipulation for Dismissal With Prejudice~~
4   ~~pursuant to the settlement agreement.~~ until **July 26 at Noon**. If a stipulation of dismissal is not filed by that date, any expired deadlines shall be
5   IT IS SO ORDERED. reinstated with a final deadline of **July 29 at Noon**.

8   DATED: July 1, 2013.



THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
AS MODIFIED
Judge William Alsup