1  ROBBINS GELLER RUDMAN
    & DOWD LLP
2  JOHN K. GRANT (169813)
   Post Montgomery Center
3  One Montgomery Street, Suite 1800
   San Francisco, CA  94104
4  Telephone:  415/288-4545
   415/288-4534 (fax)
5  johnkg@rgrdlaw.com
      – and –
6  CODY R. LEJEUNE (249242)
   REGIS C. WORLEY, JR. (234401)
7  655 West Broadway, Suite 1900
   San Diego, CA  92101
8  Telephone:  619/231-1058
   619/231-7423 (fax)
9  clejeune@rgrdlaw.com
   rworley@rgrdlaw.com
10       – and –
   JOHN C. HERMAN (*Admitted Pro Hac Vice*)
11  RYAN K. WALSH (*Of Counsel*)
   3424 Peachtree Road, N.E.
12  Monarch Centre, Suite 1650
   Atlanta, GA  30326
13  Telephone:  404/504-6500
   404/504-6501 (fax)
14  jherman@rgrdlaw.com
   rwalsh@rgrdlaw.com
15
   Attorneys for Plaintiff
16
               UNITED STATES DISTRICT COURT
17
             NORTHERN DISTRICT OF CALIFORNIA
18
                SAN FRANCISCO DIVISION
19

| | | |
|---|---|---|
| PAGEMELDING, INC., | ) | No. 11-cv-06263-WHA-MEJ |
| | ) | |
| Plaintiff, | ) | STIPULATION TO DISMISS ALL CLAIMS |
| | ) | AND COUNTERCLAIMS WITH |
| vs. | ) | PREJUDICE AND [PROPOSED] ORDER |
| | ) | |
| ESPN, INC., | ) | Action Filed:  December 13, 2011 |
| | ) | Trial Date:      TBD |
| Defendant. | ) | |
| | ) | |

1

**STIPULATION**

2    IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, PageMelding, Inc.

3    ("PageMelding") and defendant ESPN, Inc. ("ESPN"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c)

4    and subject to the approval of the Court, that all claims in this action be, and upon approval are,

5    dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

6

7    DATED: ~~June~~ July 19, 2013                    ROBBINS GELLER RUDMAN
                                                        & DOWD LLP
8

9

10                                                      JOHN C. HERMAN

11                                                      3424 Peachtree Road, N.E.
                                                        Monarch Centre, Suite 1650
12                                                      Atlanta, GA  30326
                                                        Telephone:  404/504-6500
13                                                      404/504-6501 (fax)

14                                                      Attorneys for Plaintiff PageMelding, Inc.

15    DATED: ~~June~~ July 19, 2013                    WILMERHALE

16

17

18                                                      JAMES M. DOWD

19                                                      350 South Grand Avenue, Suite 2100
                                                        Los Angeles, California 90071
20                                                      Telephone:  213/443-5309
                                                        213/443-5400 (Fax)
21
                                                        Attorney for Defendant ESPN, Inc.
22
                                **[PROPOSED] ORDER**
23
      All claims in this action are dismissed WITH PREJUDICE, with each party to bear its own
24
      costs, expenses and attorneys' fees.
25
          IT IS SO ORDERED.
26
      DATED: _____  _____
27                                                      THE HONORABLE WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE
28