ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN K. GRANT (169813)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
johnkg@rgrdlaw.com
  – and –
CODY R. LEJEUNE (249242)
REGIS C. WORLEY, JR. (234401)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
clejeune@rgrdlaw.com
rworley@rgrdlaw.com
  – and –
JOHN C. HERMAN (*Admitted Pro Hac Vice*)
RYAN K. WALSH (*Of Counsel*)
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, GA 30326
Telephone: 404/504-6500
404/504-6501 (fax)
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| PAGEMELDING, INC., | ) | No. 11-cv-06263-WHA-MEJ |
| Plaintiff, | ) ) | STIPULATION TO DISMISS ALL CLAIMS AND COUNTERCLAIMS WITH |
| vs. | ) ) | PREJUDICE AND [~~PROPOSED~~] ORDER |
| ESPN, INC., | ) ) | Action Filed: December 13, 2011 |
| Defendant. | ) ) | Trial Date: TBD |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, PageMelding, Inc. ("PageMelding") and defendant ESPN, Inc. ("ESPN"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c) and subject to the approval of the Court, that all claims in this action be, and upon approval are, dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

DATED: July 19, 2013

ROBBINS GELLER RUDMAN
& DOWD LLP

JOHN C. HERMAN

3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, GA 30326
Telephone: 404/504-6500
404/504-6501 (fax)

Attorneys for Plaintiff PageMelding, Inc.

DATED: July 19, 2013

WILMERHALE

JAMES M. DOWD

350 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: 213/443-5309
213/443-5400 (Fax)

Attorney for Defendant ESPN, Inc.

## [PROPOSED] ORDER

All claims in this action are dismissed WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

DATED: July 22, 2013.

THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE